■ PATRICK GEORGE et al., Appellants, v REISDORF BROS., INC., Respondent. [965 NYS2d 914]—Appeal from an order of the Supreme Court, Wyoming County (Michael F. Griffith, A.J.), entered August 27, 2012. The order denied the motion of plaintiffs for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.